**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Jodie Altemeyer, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13630-DRH |
| *Sandra Andrade-Burstein, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11116-DRH |
| *Jaime Brodbeck v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13444-DRH |
| *Kristina Butler v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10588-DRH |
| *Jessica Carr v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10030-DRH |
| *Martha Katherine Duffy v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10664-DRH |
| *Taylor Francisco, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10032-DRH |
| *Naomi Kindred v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11957-DRH |
| *Wendell Koehn v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-20349-DRH |
| *Kelly Ranae Minge v. Bayer Corporation, et al. Pharmaceuticals Inc., et al.* | No. 09-cv-20089-DRH |
| *Carlee Nickisch, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10836-DRH |
| *Susan Shatzkes v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10927-DRH |

| | |
|---|---|
| *Rachel Scott v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10209-DRH |
| *Angella Trout v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10673-DRH |
| *Aimee Forsha v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10728-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 21, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY:   /s/*Caitlin Fischer*
**Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.04.24 08:57:30 -05'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT

2